IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF WISCONSIN

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

TERRANCE GRISSOM,

                                                     ORDER

                Plaintiff,

                                                   11-cv-703-slc[1]

      v.

DAVID JAMES, KIM SHANNONBERG,
MICHAEL MEISNER, OFFICER MARTIN,
LT. BOODRY, OFFICER HOPPER,
KURT SCHWEBKE and CPT. HIGBEE,

              Defendants.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

      In an order entered on April 30, 2012, I found plaintiff Terrance Grissom ineligible to proceed in forma pauperis because he has struck out under 28 U.S.C. § 1915(g) and failed to raise allegations that qualify under the imminent danger standard. In the same order, I gave plaintiff until May 14, 2012 in which to pay the full $350 filing fee and identify for the court which claim he wished to pursue. Plaintiff was informed that if he failed to respond to the April 30 order, I would dismiss this case without prejudice for plaintiff's failure to prosecute it. It is now May 23, 2012 and plaintiff has not responded in any fashion to the order. Therefore, it is ORDERED that plaintiff Terrance Grissom's case is DISMISSED WITHOUT PREJUDICE for plaintiff's failure to prosecute it. The clerk of court is directed

---

[1] I am assuming jurisdiction over this case for the purpose of issuing this order.

to enter judgment for the defendants and close this case.

    Entered this 23d day of May, 2012.

                                            BY THE COURT:
                                            /s/
                                            BARBARA B. CRABB
                                            District Judge