IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERRANCE GRISSOM,

    Plaintiff,

JUDGMENT IN A CIVIL CASE

v.

11-cv-703-bbc

DAVID JAMES, KIM SHANNONBERG,
MICHAEL MEISNER, OFFICER MARTIN,
LT. BOODRY, OFFICER HOPPER,
KURT SCHWEBKE and CPT. HIGBEE,

    Defendants.

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case without prejudice for plaintiff Terrance Grissom's failure to prosecute.

By: *[signature]* Deputy Clerk
Peter Oppeneer, Clerk of Court

5-23-12
Date