IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

TERRANCE GRISSOM,

    Plaintiff,

v.

DAVID JAMES, KIM SHANNONBERG,
MICHAEL MEISNER, OFFICER MARTIN,
LT. BOODRY, OFFICER HOPPER,
KURT SCHWEBKE and CPT. HIGBEE,

    Defendants.

JUDGMENT IN A CIVIL CASE

11-cv-703-bbc

---

    This action came for consideration before the court with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

---

    IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case without prejudice for plaintiff Terrance Grissom's failure to prosecute.

_____
By: [signature] Deputy Clerk
Peter Oppeneer, Clerk of Court

5-23-12
Date